Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiff was sustained.

**No. 66070.**—Ross Products, Inc. *v.* United States, protest 61/1907 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of ornamental glass novelties similar in all material respects to those the subject of Abstract 62984, the claim of the plaintiff was sustained.

**No. 66071.**—Ross Products, Inc. *v.* United States, protests 61/620, 61/1914, and 61/5641 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of dish mops similar in all material respects to those the subject of Abstract 64603, the claim of the plaintiff was sustained.

**No. 66072.**—Elmar Products Co. *v.* United States, protest 59/27779(A) (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of puzzles in chief value of polystyrene similar in use to paper articles the same in all material respects as those the subject of Abstract 25607, the claim of the plaintiff was sustained.